UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No.: 02-CR-316 JLL) |
| v. | ORDER |
| JAMAL BELL | |

This matter having been opened to the Court upon the request of Defendant Jamal Bell, through the Office of the Federal Public Defender, (Chester Keller, appearing), for an Order by the Court appointing counsel in Jamal Bell's 18 U.S.C. § 3582(c) proceedings; and this Court having considered the request; and after good cause shown;

IT IS ON THIS /5/ DAY OF MAY, 2008;

**ORDERED** that the Office of the Federal Public Defender, Louise Arkel, appearing is appointed to represent Jamal Bell in this matter.

JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE