AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

NEWARK District of NEW JERSEY

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JAMAL BELL | ) Case No: 2:02 CR 316-JLL |
| a/k/a J | ) USM No: 24403-050 |
| Date of Previous Judgment: JULY 13, 2005 | ) Chester Keller, AFPD |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __84__ months **is reduced to** __72 MONTHS__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __29__          Amended Offense Level: __27__
Criminal History Category: __VI__        Criminal History Category: __VI__
Previous Guideline Range: __151__ to __188__ months   Amended Guideline Range: __130__ to __162__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __7/13/05__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __5/29/08__

Judge's signature

Effective Date: __5/29/08__
(if different from order date)

JOSE L. LINARES   USDJ
Printed name and title